**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAAMID DARCUIEL,<br><br>           Plaintiff,<br><br>   v.<br><br>TURNING POINT HALFWAY HOUSE,<br><br>           Defendant. | Case No. 1:14-cv-01221 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION<br>(Document 4)<br><br>ORDER DIRECTING CLERK TO ADMINISTRATIVELY REDESIGNATE CASE AS A PETITION PURSUANT TO 28 U.S.C. § 2241 AND REASSIGN MAGISTRATE JUDGE |

   Plaintiff Haamid Darcuiel ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.

   Plaintiff filed this action on August 4, 2014, against Turning Point, Halfway House of Fresno. Plaintiff seeks to challenge the denial of his request to enter the residential reentry program. However, because Plaintiff filed his complaint on a form used for section 1983 actions, his complaint was construed as a civil rights action and opened as such.

   On August 18, 2014, Plaintiff filed a motion for clarification. He states that he intended to bring an action under 28 U.S.C. § 2241 and requests that the Court reclassify his action. Plaintiff also states that he paid the $5.00 filing fee for section 2241 actions.

1

Accordingly, the Clerk of Court SHALL change the administrative designation of the present case to reflect that of a petition pursuant to 28 U.S.C. § 2241.  The Clerk is further ORDERED to randomly reassign this action to another Magistrate Judge.

IT IS SO ORDERED.

Dated:   **August 25, 2014**                                         /s/ *Dennis L. Beck*
                                                                                    UNITED STATES MAGISTRATE JUDGE